IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DEBORAH ANDERSON                                                                        PLAINTIFF

v.                                    4:04CV000733 JMM/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray and the objections filed in response. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 28th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE